UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANCEL MONTENELLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EL CANTON REGIO CORPORATION ) | Case No. 1:18-cv-06245 |
| and JOHN DOE, ) | Honorable John Robert Blakey |
| ) | |
| Defendants. ) | |

## MONTENELLI'S AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EL CANTON REGIO CORPORATION

Plaintiff, Ancel Montenelli, by his attorneys, submits this amended motion for default judgment pursuant to Fed. R. Civ. P. 6(b)(1), Fed. R. Civ. 55(b)(1) and Fed. R. Civ. P. 54(b) against Defendant, El Canton Regio Corporation, and states as follows:

1.  On September 12, 2018, Plaintiff filed a two-count complaint against the Defendants. [Doc. #1]. Count one seeks relief under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189. Count two is brought under the Illinois Human Rights Act (IHRA"), 775 ILCS 5/1-101, *et seq.*

2.  As alleged in the Complaint, e.g., paragraphs 18 and 32, the restaurant operated by Defendant El Canton Regio Corporation at 1510 W. 18th St. Chicago IL 60608 is inaccessible to Plaintiff because there is no ramp access to accommodate Plaintiff and his wheelchair.

1

3. On January 25, 2019, Plaintiff filed a request for a Clerk's Default against Defendant El Canton Regio Corporation ("El Canton") pursuant to Fed. R. Civ. P. 55(a). [Doc. #12].

4. On March 27, 2019, the Court entered an order of default against El Canton after it failed to appear. [Doc. #18]. On the same day, Plaintiff served a copy of the Court's March 27, 2019 order on Alejandro Hutardo, El Canton's registered agent, and Daniel Gutierrez, Jr., El Canton's president, in compliance with the Court's March 27, 2019 order. [Doc. #19].

5. On April 17, 2019, El Canton again failed to appear at the scheduled status hearing. [Doc. #21].

6. By order dated April 25, 2019, Plaintiff was granted until May 1, 2019 to file an Amended Motion for Default Judgment. [Doc. #24]. On May 1, 2019, Plaintiff was still in the process of taking a current photograph of the subject property and was unable to present himself to a notary public until the following day- May 2, 2019. *See* Affidavit of Ancel Montinelli, attached hereto as **Exhibit 1**. As set forth in the Affidavit, the subject property still has no ramp access to accommodate Plaintiff and his wheelchair.

7. Under the ADA, "[i]n any action or administrative proceeding commenced pursuant to this chapter, the court or agency, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee, including litigation expenses, and costs..." 42 U.S.C. § 12205.

8.  Plaintiff retained Scott R. Dinin to represent him in this action. Mr. Dinin has been licensed to practice law since 1996 and has been the president and owner of Scott R. Dinin, P.A. law firm specializing in civil rights and ADA discrimination litigation since 2010. A copy of Mr. Dinin's resume is attached hereto as **Exhibit 2**.

9.  To date, Mr. Dinin billed the Plaintiff $12,959.80 in attorney's fees and expenses. A copy of Mr. Dinin's affidavit is attached hereto as **Exhibit 3**. A copy of a spreadsheet showing Mr. Dinin's time entries and expenses is attached hereto as **Exhibit 4**.

10. Plaintiff is represented by local counsel, Schain, Banks, Kenny & Schwartz, Ltd. Kevin A. Ameriks is an attorney with Schain Banks and has been licensed to practice law since 2007. Thomas J.K. Schick is an attorney with Schain Banks and has been licensed to practice law since 2018.

11. To date, Schain Banks billed the Plaintiff $1,103.25 in attorney's fees. A copy of Schain Banks' billing memorandum is attached hereto as **Exhibit 5**. The foregoing fees are reasonable.

12. Under Fed. R. Civ. P. 55(b)(1), "[i]f the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person."

13. Plaintiff is entitled to an amount of $14,063.05 in attorney's fees and expenses and injunctive and declaratory relief as prayed for in the Complaint.

14. Plaintiff reserves the right to seek recovery against the owner of El Canton who was sued as a John Doe Defendant in this action.

Wherefore, Plaintiff, Ancel Montinelli, requests that this Court enter default judgment pursuant to Fed. R. Civ. P. 55(b)(1) against Defendant, El Canton Regio Corporation, in the amount of $14,063.05, and the following further relief:

   a. The Court declares that the lessee/operator Defendant El Canton Regio Corporation's access barriers at the Canton Regio Restaurant, located at 1510 W. 18th St., Chicago IL 60608, are violative of the ADA and order the restaurant to be closed to the public until such time as it is deemed by this Court to be accessible to and usable by individuals with disabilities to the full extent required by the Title III of the ADA and Section V of the Illinois Human Rights Act;

   b. The Court enter an Order requiring the lessee/operator Defendant El Canton Regio Corporation to alter the restaurant such that it is accessible to and usable by individuals with disabilities to the full extent required by the Title III of the ADA and Section 5 of the Illinois Human Rights Act;

   c. The Court enter an Order directing the lessee/operator Defendant El Canton Regio Corporation to evaluate and neutralize their policies, practices and procedures toward persons with disabilities, for such

4

reasonable time so as to allow the parties (jointly and severally) to undertake and complete corrective procedures to the building and the attendant business (restaurant) therein; and

d. The Court determine there is no just reason for delay of this order and direct entry of a final judgment on Plaintiff's claims against Defendant El Canton Regio Corporation; and

e. Awards such other and further relief as it deems necessary, just and proper.

| | |
|---|---|
| Kevin A. Ameriks<br>Schain, Banks, Kenny, & Schwartz, Ltd.<br>70 West Madison Street, Suite 5300<br>Chicago, Illinois 60602<br>(312) 345-5700<br>kameriks@schainbanks.com<br>Attorney No. 6292277 | **ANCEL MONTENELLI**<br><br><br><br>By: /s/ Kevin A. Ameriks |

## AFFIDAVIT IN SUPPORT OF DEAULT JUDGMENT
## OF ANCEL MONTENELLI

**STATE OF ILLINOIS:**

**COUNTY OF COOK:**

**BEFORE ME,** the undersigned authority, did this day appear ANCEL MONTENELLI, and did swear that the contents of this affidavit are true and correct, and that he has personal knowledge as to same, and did sign this affidavit in my presence in confirmation of same, and did state:

1. My name is Ancel Montenelli.

2. I am the Plaintiff in case: 1:18-cv-06245 filed in the United States Northern District Court for the State of Illinois.

3. I am a resident of the state of Illinois and reside within the area of the US Court's Northern Judicial District.

4. I have been declared disabled as a result of spinal cord injury at lumbar division L1, L2 and utilize a wheelchair for mobility.

5. On May 19, 2016 around 5:30 p.m. I called Defendant Canton Regio and spoke to Susana to make dinner reservations, and asked if their restaurant was wheelchair accessible, to my surprise, they were not wheelchair accessible and instead advised that they would pick me up on my wheelchair and take me up the stairs to the restaurant. I was excluded from having dinner at Defendant's Canton Regio Restaurant because I could not independently enter Defendant's restaurant to purchase a meal.

6. As proof of my visit and concern about the restaurant accessibility attached is a photograph of the front of Defendant's Canton Regio restaurant as Exhibit "A." This photograph was taken on April 1, 2016 at 1:30 PM. I returned to the restaurant on May 1, 2019 and the stairs (without benefit of a ramp) remain at the entry, see Exhibit B for photograph taken as to my May 1st visit.

7. Because of my lack of access to Defendant's Canton Regio restaurant, I have felt discriminated against, and have felt that I have been intentionally excluded. I have suffered feelings of segregation, rejection, and isolation; and have emotionally suffered.

**EXHIBIT 1**

8. I still have concrete plans to visit Defendant's Canton Regio restaurant to sit down and purchase and eat a meal, but to this day, the architectural barriers still remain at the Canton Regio restaurant.

FURTHER AFFIANT SAYS NAUGHT.

SWORN to or AFFIRMED and signed by Ancel Montenelli before the undersigned notary public, this 2nd day of May, 2019.

*Ancel Montenelli*

### NOTARY'S CERTIFICATE

BEFORE ME did personally appear Ancel Montenelli, who did swear and/or affirm under penalty of perjury that this Affidavit is true and correct and that he has personal knowledge of the matters therein stated, and who did show proof of his identity consisting of IL DRIVERS LICENSE, and he did sign before me, this 2nd day of May, 2019 in Cook County, Illinois.

Notary Public,
Affix Seal with Date Commission Expires:

KARINA RAMOS
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 26, 2020





EXHIBIT B

# SCOTT R DININ, ESQ.

JD, Nova Southeastern University Sheppard Broad College of Law, Florida (1994)
MBA, University of San Diego, California (1992)
B.S., Political Science Arizona State University, Arizona (1989)

Member Florida Bar (1996)
Admitted to Practice:
- U.S. District Court Southern District of Florida
- U.S. District Court Middle District of Florida
- U.S. District Court Northern District of Florida
- U.S. District Court, District of Colorado
- U.S. District Court, Southern District of Texas
- U.S. District Court for the Central District of Illinois
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Southern District of Illinois

**Scott R. Dinin, P.A.**      Miami, FL
**President, Owner**      2010 – present
*A boutique law firm specializing in Civil Rights Litigation, ADA Discrimination, and Property Damage & Property Insurance Litigation*

As principal attorney for the firm, Scott Dinin has filed over three hundred cases in the USDC of various jurisdictions. Scott Dinin has represented over fifty disabled individuals who have been discriminated against and denied rights as guaranteed by Civil Rights legislation, the ADA, the FHA, and state laws. Areas of discrimination which have been successfully identified and lawsuits filed to change the offending entities' policies, practices, procedures, and physical places of accommodation include: representing mobility impaired individuals who have been denied wheelchair access and parking accommodations; and representing blind and deaf individuals who have been denied access or effective communication due to failures to provide assistive devices or services in retail stores, hotels, restaurants, government buildings, correctional facilities, and educational institutions.

Scott Dinin has filed over five hundred actions in Florida circuit courts from the first circuit to the twentieth circuit (with the majority being the first, fourth, tenth, eleventh, and fifteenth, seventeenth, nineteenth and twentieth circuits). These cases generally allege that the Plaintiff's property insurance company(ies) have violated the terms of the Policy(ies) for Property Insurance by failing to honor the Appraisal Clause of those Policies. Plaintiffs have all alleged they were underpaid on valid claims for damages which occurred based upon a covered event and demanded appraisal. All of these actions were filed only after exhausting the Demand for Appraisal and following the submission of Civil Remedy Notice to the state of Florida Department of Insurance.

Scott Dinin has represented over six hundred individual property owners to obtain appraisal which resulted in additional payment of property damage claim by filing Demand for Appraisal to the various insurance companies. The filing of demand letters resulted in settlement in satisfaction of these client's claims without the need to file a complaint in state court.

**Dinin Partners**      Miami, FL
**President, Owner**      2001 – 2011
*Property Insurance Litigation and General Practice of Law*

Representing property owners regarding covered casualty losses which were then underpaid by their property insurance carriers. Filed Demands for Appraisal in accordance with Appraisal Clause on Insurance Policies, and when appraisal was not granted, sued under Breach of the Policy of Insurance Contract. Represented property owners from Southern Florida through Northern Florida and the panhandle.

**Scott R Dinin**      Miami, FL
**Broker/Realtor**      1995 – present

Residential and commercial real estate transactional realtor and broker.

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**Civil Action Number: 18-cv-06245**

ANCEL MONTENELLI,

    Plaintiff,

vs.

EL CANTON REGIO CORPORATION

    Defendant.

---

### PLAINTIFF'S AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT

---

    I, Scott R. Dinin, Esq., declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

    I am the attorney for the Plaintiff in this action.

    The claim of the Plaintiff is for the sum of $ 12,959.80 (representing 25 hours of professional time for $12,500 USD and expenses of $459.80) plus interest from the date of judgment as provided by law, together with the costs of this action, as well as for injunctive relief consisting of alternations of the subject facility to bring it into compliance with the Americans with Disabilities act, specifically being: the provision of an accessible entrance (removal of step up and/or installation of a ramp) and signage displaying accessible route.

Attorney: _____
Scott R Dinin, Esq.

Sworn to and subscribed before me this 16th day of April, 2019.

_____
Notary Public
My Commission Expires:

Christopher DaSilva
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG212729
Expires 7/10/2022

1

**EXHIBIT 3**

Montinelli v El Canton

| # | Notes | Owner | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | telecon with client on this case | Scott Dinin | 8/11/2016 | 0.5 | $500.00 | $250.00 |
| 2 | research corporate ownership land and business | Scott Dinin | 8/12/2016 | 1.5 | $500.00 | $750.00 |
| 3 | Prepare Retainer and discussion with client | Scott Dinin | 8/12/2016 | 1.8 | $500.00 | $900.00 |
| 4 | Receive signed retainer from client, review and sign | Scott Dinin | 8/15/2016 | 0.3 | $500.00 | $150.00 |
| 5 | review file and corp owner for prep complaint | Scott Dinin | 8/24/2018 | 0.5 | $500.00 | $250.00 |
| 6 | Draft complaint, summons and civil cover | Scott Dinin | 9/5/2018 | 3 | $500.00 | $1,500.00 |
| 7 | efile complaint | Scott Dinin | 9/12/2018 | 0.3 | $500.00 | $150.00 |
| 8 | receive and review #2 Notice of Mandatory Init discovery | Scott Dinin | 9/13/2018 | 0.1 | $500.00 | $50.00 |
| 9 | draft and efile #3 Form Atty Appearance | Scott Dinin | 10/1/2018 | 0.3 | $500.00 | $150.00 |
| 10 | #4 Ntc Docket Entry | Scott Dinin | 10/1/2018 | 0.3 | $500.00 | $150.00 |
| 11 | Summons to process server | Scott Dinin | 10/15/2018 | 0.1 | $500.00 | $50.00 |
| 12 | Draft and efile of Notice of Motion, Motion for Extension of Time and Proposed Order | Scott Dinin | 10/15/2018 | 1.5 | $500.00 | $750.00 |
| 13 | Filed Motion for Extension of Time to File Status Report with attached Proposed Order | Scott Dinin | 10/15/2018 | 0.1 | $500.00 | $50.00 |
| 14 | Receive and review #7 Order Grant Ext Time, Jnt Status Rpt, Status Hearing | Scott Dinin | 12/19/2018 | 0.4 | $500.00 | $200.00 |
| 15 | Receive and review #8 Minute Entry Dismissing Case | Scott Dinin | 12/19/2018 | 0.4 | $500.00 | $200.00 |
| 16 | Receive affidavite of service, draft notice of service, and Efile as #9 Ntc Filing ROS | Scott Dinin | 12/20/2018 | 0.7 | $500.00 | $350.00 |
| 17 | Draft and efile of Initial Status Report | Scott Dinin | 12/20/2018 | 1.6 | $500.00 | $800.00 |
| 18 | E-mail to Courier Service to deliver pleadings, initial status report and NOF ROS to Judge Blakey | Scott Dinin | 12/21/2018 | 0.2 | $500.00 | $100.00 |
| 19 | Contacted the clerk's office to find out the status of the case since it had been previously dismissed. | Scott Dinin | 1/3/2019 | 0.2 | $500.00 | $100.00 |
| 20 | Contacted the Clerk to find out if the case will be re-opened since the status report has been filed. | Scott Dinin | 1/7/2019 | 0.3 | $500.00 | $150.00 |
| 21 | efile #12 Ptf Request Clerk Default on Def | Scott Dinin | 1/25/2019 | 0.1 | $500.00 | $50.00 |
| 22 | E-mail to Chicago Messenger to deliver to Judge Blakey | Scott Dinin | 1/25/2019 | 0.1 | $500.00 | $50.00 |
| 23 | Draft of Request for Clerk's Default Against Defendant; Research on Local Rules for Illinois | Scott Dinin | 1/25/2019 | 2.5 | $500.00 | $1,250.00 |
| 24 | efile Notice if Request for Clerk's Default | Scott Dinin | 1/25/2019 | 0.1 | $500.00 | $50.00 |
| 25 | draft and efile Motion to Move Hearing | Scott Dinin | 1/25/2019 | 1.5 | $500.00 | $750.00 |
| 26 | draft and efile Notice of Motion with Court | Scott Dinin | 1/25/2019 | 0.5 | $500.00 | $250.00 |
| 27 | receive and review #15 Clerk's Ntc Minute Entry Status Conf 3-27-19 | Scott Dinin | 1/30/2019 | 0.4 | $500.00 | $200.00 |
| 28 | communiations and E-mail to potential local counsel regarding retainer and details regarding status of case | Scott Dinin | 3/8/2019 | 0.6 | $500.00 | $300.00 |
| 29 | E-mail follow-up and telecon to potential local counsel to be retained for hearing 3/27/19 | Scott Dinin | 3/20/2019 | 0.3 | $500.00 | $150.00 |
| 30 | receive and review DE #16 notice appearance counsel | Scott Dinin | 3/20/2019 | 0.2 | $500.00 | $100.00 |
| 31 | receive and review DE #17 notice appearance counsel | Scott Dinin | 3/27/2019 | 0.2 | $500.00 | $100.00 |
| 32 | prepare and attend status hearing before Judge | Scott Dinin | 3/27/2019 | 2.5 | $500.00 | $1,250.00 |
| 33 | receive and review DE# 19 Cert of service of sending docs to defendant prepared by local counsel and discussion with local counsel to prep this pleading | | 3/27/2019 | 0.2 | $500.00 | $100.00 |
| 34 | communications with local counsel for prep of default and discuss default and telecon with client on default and status | Scott Dinin | 4/10/2019 | 0.4 | $500.00 | $200.00 |
| 35 | telecon with client on this case | Scott Dinin | 4/10/2019 | | $500.00 | $0.00 |

**EXHIBIT 4**

| # | Description | Name | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 36 | review file for final default and review all costs and time | Scott Dinin | 4/12/2019 | 1.3 | $500.00 | $650.00 |
| | **Total Time** | | | 25 | | **$12,500.00** |
| 1 | Filing Fee | | 9/12/2018 | | | $400.00 |
| 1 | Copy of Docket Report (2 pgs @ .20 each) | Scott Dinin | 10/1/2018 | 0 | no charge | $0.00 |
| 2 | Copy of #11 Clerk Ntc Case Reinstated (1 pg @ .20) | Marisol Garcia | 1/15/2019 | 0 | no charge | $0.00 |
| 3 | Copy of #4 Ntc Docket Entry (1 pg @ .20) | Scott Dinin | 10/1/2018 | 0 | no charge | $0.00 |
| 4 | Copy of #5 Ntc of Mtn (2 pgs @ .20 each) | Marisol Garcia | 10/23/2018 | 0 | no charge | $0.00 |
| 5 | Copy of #6-1 Prop Order Ptf Mtn Ext Time File Status Rpt (1 pg @ .20) | Marisol Garcia | 10/23/2018 | 0 | no charge | $0.00 |
| 6 | Copy of #9 Ntc Filing ROS (3 pgs @ .20 each) | Marisol Garcia | 12/20/2018 | 0 | no charge | $0.00 |
| 7 | Copy of # Judge Assign Blakey Mag Judge Finnegan (1 pg @ .20) | Scott Dinin | 9/18/2018 | 0 | no charge | $0.00 |
| 8 | Copy of #1 Complaint (13 pgs @ .20 each) | Scott Dinin | 9/18/2018 | 0 | no charge | $0.00 |
| 9 | Copy of #10 Ptf Status Rpt (2 pgs @ .20 each) | Marisol Garcia | 12/20/2018 | 0 | no charge | $0.00 |
| 10 | Copy of #1-1 Signed Civil Cover Sheet (1 pg @ .20) | Scott Dinin | 9/18/2018 | 0 | no charge | $0.00 |
| 11 | Copy of #12 Ptf Request Clerk Default on Def (3 pgs @ .20 each) | Marisol Garcia | 1/25/2019 | 0 | no charge | $0.00 |
| 12 | Copy of #1-2 Summons (1 pg @ .20) | Scott Dinin | 9/18/2018 | 0 | no charge | $0.00 |
| 13 | Copy of #13 Ptf Mtn to Move Status Hearing to 1-30-19 (3 pgs @ .20 each) | Marisol Garcia | 1/25/2019 | 0 | no charge | $0.00 |
| 14 | Copy of #14 Ntc of Motion (2 pgs @ .20 each) | Marisol Garcia | 1/25/2019 | 0 | no charge | $0.00 |
| 15 | Copy of #15 Clerk's Ntc Minute Entry Status Conf 3-27-19 (1 pg @ .20) | Marisol Garcia | 1/30/2019 | 0 | no charge | $0.00 |
| 16 | Copy of #2 Ntc Initial Disc (1 pg @ .20) | Scott Dinin | 9/18/2018 | 0 | no charge | $0.00 |
| 17 | Copy of #3 Form Atty Appearance (1 pg @ .20) | Scott Dinin | 10/1/2018 | 0 | no charge | $0.00 |
| 18 | Copy of #6 Ptf Mtn Ext Time File Status Rpt (2 pgs @ .20 each) | Marisol Garcia | 10/23/2018 | 0 | no charge | $0.00 |
| 19 | Copy of #7 Order Grant Ext Time, Jnt Status Rpt, Status Hearing (1 pg @ .20) | Marisol Garcia | 12/19/2018 | 0 | no charge | $0.00 |
| 20 | Copy of #8 Minute Entry Dismissing Case (1 pg @ .20) | Marisol Garcia | 12/19/2018 | 0 | no charge | $0.00 |
| 21 | Copy of Docket (3 pgs @ .20 cents each) | Krystian Powell | 3/28/2019 | 0 | no charge | $0.00 |
| 22 | Copy of Docket (3pgs @ .20 cents each) | Krystian Powell | 3/20/2019 | 0 | no charge | $0.00 |
| 23 | Copy of Docket (4pgs @ .20 cents each) | Krystian Powell | 3/27/2019 | 0 | no charge | $0.00 |
| 24 | Copy of Docket Report (2 pgs @ .20 each) | Marisol Garcia | 10/23/2018 | 0 | no charge | $0.00 |
| 25 | Copy of Docket Report (3 pgs @ .20 each) | Marisol Garcia | 12/20/2018 | 0 | no charge | $0.00 |
| | **Copies** | | | | | **$0.00** |
| 1 | Pd inv - Chicago Messenger Service re Courier to Judge. Dinin ck #5449 | Rebecca Johnson | 1/23/2019 | 0 | N/A | $19.80 |
| 2 | Pd Inv-Michael A Jones re ROS ZL Canton Corp. ck #5401 | Chris Dasilva | 11/28/2018 | 0 | N/A | $40.00 |
| | **Messanger and Service of Process** | | | | | **$59.80** |
| | **Total Expenses** | | | | | **$459.80** |
| | **Total Time and Expenses** | | | | | **$12,959.80** |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANCEL MONTENELLI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EL CANTON REGIO CORPORATION ) <br> and JOHN DOE, ) <br> ) <br> Defendants. ) | Case No.: 1:18-cv-06245 <br> Honorable John Robert Blakey |

## DECLARATION OF KEVIN A. AMERIKS

I, Kevin A. Ameriks, state that if called as a witness, I could competently testify of my own personal knowledge to the following facts.

1. I am an adult citizen of the State of Illinois over the age of eighteen and fully competent to testify.

2. The plaintiff, Ancel Montinelli, retained me and my firm, Schain, Banks, Kenny & Schwartz, Ltd. ("Schain Banks") as its local counsel in this matter.

3. I am an associate at Schain Banks and I have more than 11 years of business and real estate litigation experience. My practice is and has been focused on commercial litigation. I was admitted and have practiced law in the State of Illinois since 2007. My hourly rate for work performed on the above captioned matter was $285.00 per hour.

4. In addition to the services I provided the following attorney from Schain Banks also worked on this matter for plaintiff:

1

**EXHIBIT 5**

      a. Thomas Schick who is an associate with Schain Banks. Mr. Schick was admitted and has practiced law in the State of Illinois since 2018. His hourly rate was $175.00 per hour.

5. I billed the plaintiff in this matter on a monthly basis at my hourly rate and the hourly rate for associates in effect when the time was incurred. I billed the plaintiff on a monthly basis for the costs incurred over the course of this litigation. True and correct copies of an itemized time report and an itemized expense report are attached to this affidavit as **Exhibit A**.

6. In the ordinary course of its business, Schain Banks maintains written records of the hours spent by the firm and costs expended with this lawsuit. This information is maintained and retrieved from computers which are programmed for the above purpose. The electronic computing equipment utilized by Schain Banks (Rainmaker) is recognized as standard in the legal industry, the entries are made in the regular course of business at or near the time of the happening of the act, work or event recorded, this particular computer produces an accurate record when properly employed and operated and this particular computer was properly employed and operated. Schain Banks operates in reliance on the above procedures and the accuracy of the written records generated thereby.

7. The attached time and expense reports reflect time and expenses which are documented and prepared by me in the ordinary course of my practice. It is part of my practice to document this time and these costs. The time and expense report accurately sets forth the services performed in this matter, the date those services

were performed, by whom the services were performed, the amount of time spent on each service, the hourly rate and the total charges, and any expenses incurred (which in this case there were none). All the time spent was reasonable and necessary for the prosecution of this lawsuit.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury under the laws of the United States of America that the following is true and correct.

Kevin A. Ameriks
Thomas J.K. Schick
Schain, Banks, Kenny, & Schwartz, Ltd.
70 West Madison Street, Suite 5300
Chicago, Illinois 60602
(312) 345-5700
kameriks@schainbanks.com
Attorney #6292277

By: /s/ KO
Kevin Ameriks

Date 04/19/19  SCHAIN BANKS KENNY & SCHWARTZ  Page 1
Billing Memorandum
Thru 04/19/19

Client  22129 Montenelli, Ancel  Billing Attorney  0017 Marty J. Schwartz
Matter  00000   Montenelli v. El Canton  Originating Attorney  0017 Marty J. Schwartz
Responsible Attorney  0017 Marty J. Schwartz

Ancel Montenello
c/o Scott Dinin
4200 NW 7th Avenue
MIAMI, FL 33127

**** Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|------|----------|------|------|-------|-------|
| 03/26/19 | 0033 Kevin A. Ameriks | 0.10 | 285 | 28.50 | file attorney appearance per local rule |
| 03/27/19 | 0033 Kevin A. Ameriks | 1.25 | 285 | 356.25 | prepare and appear for status, coordinate service of order and filing |
|  | Total For Month | 1.35 |  | 364.75 |  |
| 04/10/19 | 0033 Kevin A. Ameriks | 0.10 | 285 | 28.50 | return dinin email re next court date and motion |
| 04/12/19 | 0033 Kevin A. Ameriks | 0.25 | 285 | 71.25 | review their fees and communication w co-counsel re court on wednesday; review local rules and judge's standing order |
| 04/14/19 | 0033 Kevin A. Ameriks | 0.40 | 285 | 114.00 | prepare default motion |
| 04/15/19 | 0016 Thomas Schick | 0.25 | 175 | 43.75 | Drafted appearance for 4/15 appearance. |
| 04/15/19 | 0033 Kevin A. Ameriks | 0.75 | 285 | 213.75 | review Human Rights Act and damages claim, review affidavit of counsel for default judgment motion |
| 04/16/19 | 0016 Thomas Schick | 0.25 | 175 | 43.75 | Prepared for court appearance with KAA. |
| 04/16/19 | 0033 Kevin A. Ameriks | 0.10 | 285 | 28.50 | review executed affidavit |
| 04/17/19 | 0016 Thomas Schick | 1.00 | 175 | 175.00 | Court appearance regarding status on our motion for default judgment. |
|  | Total For Month | 3.10 |  | 718.50 |  |
|  | Total Time | 4.45 |  | 1,103.25 |  |

**EXHIBIT A**