UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Ancel Montenelli

          Plaintiff,

v.                   Case No.: 1:18−cv−06245
                      Honorable John Robert Blakey

El Canton Regio Corporation

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 3, 2019:

   MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 5/16/19. As stated in open court, Plaintiffs Amended Motion for Default Judgment [25] is granted in part and denied in part. Based upon Defendants default and Plaintiffs offer of proof, the Court finds that money damages provide an adequate remedy at law and therefore denies without prejudice all other relief at this time. The Clerk is directed to enter default judgment in favor of Plaintiff Ancel Montenelli and against Defendant El Canton Regio Corporation in the amount of $14,063.05. The Court finds no reason for delay of this final judgment and orders Plaintiff to serve a copy of this Order on Defendants registered agent. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.